UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------x

Fass                        ,
                        Plaintiff(s),

v.

Northwell                   ,
                        Defendant(s).
-------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

**CALENDAR NOTICE**

24 CV 257 (VB)

    ~~PLEASE TAKE NOTICE~~ that the above-captioned case has been ~~selected/~~ (re-scheduled) for:

\_\_\_ Status conference      ✓ Final pretrial conference

\_\_\_ Telephone conference      \_\_\_ Jury selection and trial

\_\_\_ Pre-motion conference      \_\_\_ Bench trial

\_\_\_ Settlement conference      \_\_\_ Suppression hearing

\_\_\_ Oral argument      \_\_\_ Plea hearing

\_\_\_ Bench ruling on motion      \_\_\_ Sentencing

on 3-20-, 2026, at 10:00 AM, in Courtroom 620, United States Courthouse, 300 Quarropas Street, White Plains, NY 10601.  Adjourned from 3/18/26 at 2:30 PM

    **All requests for adjournments or extensions of time must be in writing and filed on ECF as letter-motions**, in accordance with paragraph 1(F) of the Court's Individual Practices.  Absent special circumstances, such requests shall be made at least two business days prior to the scheduled appearance.

Dated: 12-29-, 2025
    White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge